Bernardo E. Ramos
213 W. Green St
Champaign, IL 61820

FILED
2009 OCT -9 PM 4:28

October, 10  2009

United States Bank

To whom it may concern,

    I need an extension until Monday October, 13 2009 to finish turning all my paper work for chapter 11.

    Sincerely,

Bernard Ramos