Form minord

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

---

*In Re:* Bernardo E Ramos     *Case No.:* 09–92004
*Debtor(s)*                    *Chapter* 11

---

### *ORDER*

*Notice is hereby provided:*

☐   A Hearing having been held on the following matters:

☑   The following having been filed:

   1   Motion to Extend Time to file missing documents

*IT IS ORDERED THAT:*

| MATTER | ACTION | |
|---|---|---|
| 1 | Allowed | Motion to Extend Time to file missing documents. Missing documents to be filed by 10/13/09 |

*Other:*

Dated: 10/13/09

/S/
Gerald D. Fines
U.S. Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.